IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
SEP 16 1998
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| MAY SHABOON, M.D., | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA 94 CA 0697 |
| | § | |
| CHARLES A. DUNCAN, M.D., | § | |
| et. al., | § | |
|     Defendants | § | |



## ORDER GRANTING ONE-WEEK EXTENSION OF TIME IN WHICH TO RESPOND

On this date the Court considered Plaintiff's Unopposed Motion for One-Week Extension of Time in Which to Respond (to the University Defendants' Renewed Motion to Dismiss). Since the moving Defendants do not oppose the Motion, it appears to the Court that said Motion is meritorious and should be granted. It is accordingly

**ORDERED** that Plaintiff's deadline for filing her Memorandum in Opposition to the University Defendants' Renewed Motion to Dismiss is September 24, 1998.

ENTERED this 15th day of September, 1998.

EDWARD C. PRADO
UNITED STATES DISTRICT JUDGE

/34/