FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SEP 1 6 1998

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| MAY SHABOON, M.D., | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA 94 CA 0697 |
| | § | |
| CHARLES A. DUNCAN, M.D., | § | EP |
| et. al., | § | |
|     Defendants | § | |

## O R D E R

On this date the Court considered the Joint Motion of Plaintiff May Shaboon, M.D. and Defendant Kenneth N. Vogtsberger, M.D. to dismiss all Plaintiff's claims against Kenneth N. Vogtsberger, M.D. and all Defendant Kenneth N. Vogtsberger's counterclaims against Plaintiff May Shaboon, M.D.  Because it appears to the Court that the Motion has merit, it is

**HEREBY ORDERED** that all claims of Plaintiff May Shaboon, M.D. against Defendant Kenneth N. Vogtsberger, M.D. and all Defendant Kenneth M. Vogtsberger's counterclaims against Plaintiff May Shaboon, M.D., are hereby dismissed with prejudice.

SIGNED this __15th__ day of September, 1998.

EDWARD C. PRADO
UNITED STATES DISTRICT JUDGE

135