
FILED

SEP 2 8 1998

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MAY SHABOON, M.D., § | |
| Plaintiff § | |
| § | |
| V. § | CIVIL ACTION NO. SA 94 CA 0697/EP |
| § | |
| CHARLES A. DUNCAN, M.D., § | |
| et. al., § | |
| Defendants § | |

## ORDER

COMES ON this day for consideration Plaintiff's Motion for Leave to Exceed Page Limits and it appearing to the Court that said motion is meritorious and should be granted, it is accordingly.

ORDERED that

Said Plaintiff be and hereby is permitted to file a Memorandum, not to exceed thirty-four (34) pages.

SIGNED this 24th day of September, 1998.

EDWARD C. PRADO
UNITED STATES DISTRICT JUDGE

137