IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
OCT 1 3 1998
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| MAY SHABOON, M.D., § | |
| Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. SA 94 CA 0697 |
| § | |
| CHARLES A DUNCAN, M.D., ET AL. § | |
| Defendants. § | |

## ORDER

CAME ON this day for consideration the Defendants' Motion to Exceed Page Limits for Reply Brief and it appearing to the Court that said motion is meritorious and should be granted, it is accordingly

ORDERED that

Said defendants be and hereby are permitted to file a reply brief, with authorities, in excess of the ten-page limit.

SIGNED this 13th day of October, 1998.

_____
UNITED STATES DISTRICT JUDGE

143