FILED

OCT 13 1998

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MAY SHABOON, M.D., § | |
| Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. SA 94 CA 0697 |
| § | |
| CHARLES A DUNCAN, M.D., ET AL. § | |
| Defendants. | |



## ORDER

CAME ON this day for consideration the Defendants' Motion to Exceed Page Limits and it appearing to the Court that said motion is meritorious and should be granted, it is accordingly

ORDERED that

Said defendants be and hereby are permitted to file a motion to dismiss, etc., with authorities, in excess of the ten-page limit.

SIGNED this 13th day of October, 1998.

_____
UNITED STATES DISTRICT JUDGE

144