FILED
FEB 0 4 1999
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MAY SHABOON, M.D., | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. SA 94 CA 0697 |
| | § | |
| CHARLES A DUNCAN, M.D., ET AL. | § | |
|     Defendants. | | |

## ORDER

CAME ON this day for consideration Defendants' Unopposed Motion for Extension of Time to File Local Rule CV-26(e) Disclosures and it appearing to the Court that said motion is meritorious and should be granted, it is accordingly

ORDERED that:

Defendants be and hereby are GRANTED an extension until February 15, 1999 to file any disclosures due by them under W.D. Tex. Local Rule CV-26(e)

SIGNED this 4th day of February, 1999.

_____
UNITED STATES DISTRICT JUDGE

159