IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAY 2 6 1999
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| MAY SHABOON, M.D. | § | |
|    Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION SA-94-CA-0697-EP |
| | § | |
| CHARLES A. DUNCAN, M.D. ET AL | § | |

## ORDER ON MOTION FOR CONTINUANCE

On the 26th day of May, 1999 came on to be heard Defendant Toni Dollinger, M.D.'s Unopposed Motion for Continuance. Having read the motion, and there being no opposition, this Court finds that Defendant's Unopposed Motion for Continuance should be GRANTED. It is therefore

ORDERED that Defendant's Unopposed Motion for Continuance is GRANTED, and the trial of this matter is continued from July 26, 1999 to September 7, 1999.

SIGNED AND ENTERED this 26th day of May, 1999.

_____
Edward Prado
United States District Court Judge

178