

**FILED**

**AUG 3 1 1999**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MAY SHABOON, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Civil Action No. SA-94-CA-0697-EP |
| ) | |
| CHARLES A. DUNCAN, MD., ET AL., ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

On this date the Court considered the Plaintiff's second motion for an extension of time to respond to Defendants' summary judgment motions and to seal the accompanying affidavit (Docket No. 218). After careful consideration, the Court will grant the motion, so that Plaintiff's responses are due August 30, 1999, August 31, 1999, September 1, 1999, September 2, 1999, September 3, 1999, and September 7, 1999, as outlined in the Plaintiff's motion. The Clerk is directed to seal the affidavit filed in support of this motion.

IT IS SO ORDERED.

SIGNED and ENTERED this _30th_ day of _August_, 1999.

EDWARD C. PRADO
UNITED STATES DISTRICT JUDGE