UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
SEP 2 2 1999
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

MAY SHABOON, M.D., )
 )
Plaintiff, )
 )  Civil Action No. SA-94-CA-697-EP
VS. )
 )
CHARLES A. DUNCAN, M.D., ET AL., )
 )
Defendants. )

### ORDER DENYING PLAINTIFF'S MOTION TO STRIKE

On this date the Court considered Plaintiff's motion to strike Defendants' *Daubert* objections and Plaintiff's request for an expedited ruling on that motion, filed September 16, 1999. After careful consideration, the Court will grant the request for expedited hearing, but will deny the motion to strike.

ACCORDINGLY, it is ORDERED that the motion, insofar as it requests an expedited hearing, is GRANTED, and, insofar as it requests that the Court strike Defendants' *Daubert* objections is DENIED.

SIGNED and ENTERED this 22nd day of Sept., 1999.

_____
EDWARD C. PRADO
UNITED STATES DISTRICT JUDGE