FILED
MAR 03 2000
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MAY SHABOON, M.D., § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. SA 94 CA 0697 |
| § | |
| CHARLES A DUNCAN, M.D., ET AL., § | |
| Defendants. § | |

## ORDER

CAME ON this day for consideration Plaintiff's and Defendants' Motion for One Week Extension to File Joint Pretrial Order and Motions in Limine, and for Expedited Consideration of Said Motion, and it appearing to the Court that said motion is meritorious and should be granted, it is accordingly

ORDERED that:

The parties be and hereby are GRANTED an extension until March 7, 2000 to file the joint pretrial order and motions in limine.

SIGNED this 3rd day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE