UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

OCT - 3 2001

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
         DEPUTY CLERK

| | |
|---|---|
| MAY SHABOON, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) Civil Action No. SA-94-CA-0697-EP |
| | ) |
| CHARLES A. DUNCAN, MD., ET AL., | ) |
| | ) |
| Defendants. | ) |

**ORDER DISMISSING CAUSE**

On May 24, 2001, the United States Court of Appeals for the Fifth Circuit considered this Court's summary judgment order in the above numbered and styled cause. The court of appeals affirmed the order in part, reversed the order in part, and remanded the cause to this Court for consideration of a specified issue. Since that time, the parties filed a joint stipulation of dismissal. Therein, the parties stated that they have settled all matters at issue in this cause. The parties indicated that this cause should be dismissed with prejudice, and that costs should be borne by the party that originally incurred them. After considering this stipulation, the Court GRANTS the stipulation (docket entry #296) and DISMISSES the cause with prejudice. *See* FED. R. CIV. P. 41(a). Costs shall be borne by the party that originally incurred them. It is so ORDERED.

SIGNED and ENTERED this _3rd_ day of October, 2001.

_____
EDWARD C. PRADO
UNITED STATES DISTRICT JUDGE

297